**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
MARGARET C. PRUITT (SBN 298613)
mpruitt@dollamir.com
515 S. Flower Street, Suite 1812
Los Angeles, California 90071
Tel:  213.542.3380
Fax: 213.542.3381

Attorneys for Defendant,
CAPITAL ONE, N.A.

# UNITED STATES DISTRICT COURT

## CENTRAL  DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| BENJAMIN ANTHONY BARNETT,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., CAPITAL ONE, N.A. f/k/a DISCOVER BANK,<br><br>Defendants. | Case No. 5:26-cv-01332-SSS-DTB<br><br>*Assigned to Judge Sunshine Suzanne Sykes; Referred to Magistrate Judge David T. Bristow*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:        04/17/2026<br>Current Response Date:  05/29/2026<br>New Response Date:      06/05/2026 |

DOLL AMIR & ELEY LLP

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

DOLL AMIR & ELEY LLP

Plaintiff Benjamin Anthony Barnett ("Plaintiff") and Defendant Capital One, N.A. ("Capital One") (hereinafter, collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate to extend Capital One's time to file a responsive pleading to Plaintiff's Complaint to June 5, 2026:

**WHEREAS:**

1. Plaintiff filed his Complaint ("Complaint") on March 20, 2026;

2. Plaintiff served Capital One on April 17, 2026;

3. Capital One's initial deadline to respond to the Complaint was May 8, 2026;

4. The Parties previously agree to extend Capital One's responsive pleading deadline by twenty-one (21) days, until and including May 29, 2026;

5. The Parties agree good cause exists to extend Capital One's current responsive pleading deadline by seven (7) days, until and including June 5, 2026, so that the Parties can discuss Plaintiff's claims and continue to explore the potential for settlement of the matter.

**NOW, THEREFORE, IT IS HEREBY STIPULATED THAT:**

Capital One's deadline to respond to the Complaint is extended by seven (7) days, until and including June 5, 2026.

DATED:  May 27, 2026                    AJG LAW GROUP, PC.


By: _/s/ Andrew J. Gramajo_____
    ANDREW JOSEPH GRAMAJO
Attorneys for Plaintiff,
BENJAMIN ANTHONY BARNETT

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)

DATED:  May 27, 2026                    DOLL AMIR & ELEY LLP


By: */s/ Margaret C. Pruitt*_____
 HUNTER R. ELEY
 MARGARET C. PRUITT
Attorneys for Defendant,
CAPITAL ONE, N.A.


## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to Anthony Joseph Gramajo, counsel for Plaintiff, and that I have obtained Mr. Gramajo's authorization to affix his electronic signature to this document.

DATED:  May 27, 2026                    DOLL AMIR & ELEY LLP


By: */s/ Margaret C. Pruitt*_____
 HUNTER R. ELEY
 MARGARET C. PRUITT
Attorneys for Defendant,
CAPITAL ONE, N.A.

3