NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Hunter R. Eley (SBN 224321)
Margaret C. Pruitt (SBN 298613)
DOLL AMIR & ELEY LLP
515 S. Flower Street, Suite 1812
Los Angeles, California 90071
Tel:  (213) 542-3380
Fax: (213) 542-3381

ATTORNEY(S) FOR: Defendant, CAPITAL ONE, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN ANTHONY BARNETT,<br><br>Plaintiff(s),<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br>CAPITAL ONE, N.A. f/k/a DISCOVER BANK,<br><br>Defendant(s) | CASE NUMBER:<br><br>5:26-cv-01332-SSS-DTB<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Defendant, Capital One, N.A., successor by merger to Discover Bank_
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| - Capital One, N.A., successor by merger to Discover Bank, erroneously sued as "Capital One, N.A. f/k/a Discover Bank" | - The nongovernmental corporate party, Capital One, N.A., successor by merger to Discover Bank, erroneously sued as "Capital One, N.A. f/k/a Discover Bank," and the following parent corporation and publicly held corporation that owns 10% or more of its stock:  Capital One Financial Corporation. |
| - Equifax Information Services, LLC | - Defendant. |
| - Experian Information Solutions, Inc. | - Defendant. |
| - Benjamin Anthony Barnett | - Plaintiff. |

June 8, 2026
_____
Date

/s/ Margaret C. Pruitt
_____
Signature

Attorney of record for (or name of party appearing in pro per):

Capital One, N.A., successor by merger to Discover Bank
_____

CV-30 (05/13)                                    **NOTICE OF INTERESTED PARTIES**