**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Benjamin Anthony Barnett,

Plaintiff(s)

v.

Equifax Information Services, LLC,
et al.,

Defendant(s)

CASE NUMBER

5:26-cv-01332-SSS-DTBx

**ORDER ON REQUEST FOR APPROVAL
OF SUBSTITUTION OR WITHDRAWAL
OF ATTORNEY**

☐ The Court hereby orders that the request of:

_____    ☐ Plaintiff ☐ Defendant ☐Other _____
*Name of Party*

☐ to substitute _____ who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_____
*Street Address*

_____    _____
*City, State, Zip*    *E-Mail Address*

_____    _____    _____
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

**is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of Angela M. Taylor
*List **all** attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for Experian Information Solutions, Inc.
**is hereby** ☑ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated June 16, 2026                    _____
U. S. District Judge/~~U.S. Magistrate Judge~~